IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY PUMPHREY, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PENNSYLVANIA, MERCER COUNTY, *et al.*,<br><br>        Defendants. | 2:25-CV-1009 |

## ORDER

Jeffrey Pumphrey, Jr.'s *pro se* habeas petition under 28 U.S.C. § 2254 was referred to Magistrate Judge Christopher B. Brown for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.  Before the Court are Mr. Pumphrey's objections (ECF 18) to Judge Brown's Report and Recommendation (ECF 16), which recommends dismissing Mr. Pumphrey's petition without prejudice.  The Court has reviewed Mr. Pumphrey's objections and the R&R *de novo*, and after doing so, overrules his objections and adopts Judge Brown's R&R.  The R&R correctly concluded that Mr. Pumphrey has not yet exhausted his state-court remedies, and because of that, his petition must be dismissed.

***************

AND NOW, this 15th day of January, 2026, it is hereby ORDERED that Mr. Pumphrey's objections (ECF 18) are overruled and Magistrate Judge Brown's R&R (ECF 16) is adopted in full.  Mr. Pumphrey's petition is dismissed without prejudice.

The Court further orders that no certificate of appealability shall issue.

BY THE COURT:

                                                /s/ J. Nicholas Ranjan
                                                United States District Judge

cc:
Jeffrey Pumphrey, Jr..
PI-0089
Mercer County Jail
55 Thompson Road
Mercer, PA 16137